IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-20341

_____


GARY PEAK, MIKE KIMBRO; JACQUELINE COGLEY,
OSCAR FAVELLA

                    Plaintiffs-Appellants

v.

VARTEC TELECOM, INC

                    Defendant-Appellee


----------------------------------


_____

No. 00-20409

_____


GARY PEAK, MIKE KIMBRO; JACQUELINE COGLEY,
OSCAR FAVELLA

                    Plaintiffs-Appellees

v.

VARTEC TELECOM, INC

                    Defendant-Appellant

_____

Appeals from the United States District Court
 for the Southern District of Texas, Houston
_____

January 10, 2001

Before KING, Chief Judge, and HIGGINBOTHAM and DUHÉ, Circuit
Judges.

PER CURIAM:[*]

The district court did not err in granting summary judgment in favor of defendant-appellee Vartec Telecom, Inc., nor did the district court abuse its discretion in refusing to award attorney's fees to Vartec.

AFFIRMED.

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.